IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| CHRISTY BORANDI, and TODD BORANDI,<br><br>                Plaintiffs,<br><br>v.<br><br>USAA CASUALTY INSURANCE COMPANY,<br><br>                Defendant. | MEMORANDUM DECISION AND ORDER DENYING MOTION IN LIMINE RE: DEFENDANT'S PROPOSED EXPERT TESTIMONY/REPORT OF PRISCILLA STIMPSON<br><br><br>Case No. 2:13-CV-141 TS<br><br>District Judge Ted Stewart |

      This matter is before the Court on Plaintiffs' Motion in Limine Regarding Defendant's Proposed Expert Testimony/Report of Priscilla Stimpson.

      Plaintiffs request this Court limit Defendant's expert witness, Priscilla Stimpson's testimony, from mentioning, referring to, or attempting to convey to the jury, in any manner, legal opinions, medical opinions or commentary on medical evidence, economic/accounting opinions or commentary on economic/accounting evidence related to Ms. Borandi's claims stemming from the motor vehicle collision of August 15, 2007. Such overly broad exclusion is unwarranted.

      Ms. Stimpson's opinions regarding the policies and practices of insurance companies may indeed include reference to medical evidence regarding Christy Borandi's bodily injuries and also economic/accounting principles. Such information may not be used to prove the truth or validity of bodily injuries and damages, but rather to shed light on the insurer's duty to evaluate and investigate an insured's UIM claim. Further, to the extent that Ms. Stimpson's testimony on Utah insurance law, as an expert on insurance, can aid the jury in understanding the

Defendant's policies and practices, the Court will allow the testimony. However, Ms. Stimpson's testimony will not be allowed as evidence or authority on the legality of Utah insurance law. Thus, Ms. Stimpson's testimony will not be excluded nor limited as requested.

It is therefore

ORDERED that Plaintiffs' Motion in Limine (Docket No. 87) is DENIED.

DATED this 19th day of February, 2015.

BY THE COURT:

_____
Ted Stewart
United States District Judge