IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| CHRISTY BORANDI, and TODD BORANDI,,<br><br>Plaintiffs,<br><br>v.<br><br>USAA CASUALTY INSURANCE COMPANY,<br><br>Defendant. | MEMORANDUM DECISION AND ORDER DEFENDANT'S MOTION FOR RECONSIDERATION<br><br><br>Case No. 2:13-CV-141 TS<br><br>District Judge Ted Stewart |

This matter is before the Court on Defendant's Motion for Reconsideration of its prior Memorandum Decision and Order, dated December 29, 2014 (Docket No. 59). For the reasons discussed below, the Court will deny Defendant's Motion.

"Grounds warranting a motion to reconsider include (1) an intervening change in the controlling law, (2) new evidence previously unavailable, and (3) the need to correct clear error or prevent manifest injustice."[1] "Thus, a motion for reconsideration is appropriate where the court has misapprehended the facts, a party's position, or the controlling law. It is not appropriate to revisit issues already addressed or advance arguments that could have been raised in prior briefing."[2] The Court finds that the Defendant has not met this burden.

---

[1] *Servants of Paraclete v. Does*, 204 F.3d 1005, 1012 (10th Cir. 2000).

[2] *Id.* (internal citation omitted).

1

It is therefore

ORDERED that Defendant's Motion for Reconsideration (Docket No. 75) is DENIED.

DATED this 19th day of February, 2015.

> BY THE COURT:
>
> _____
> Ted Stewart
> United States District Judge